UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR618-014 |
| ) | |
| GARY PAUL JOYNER ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

**Katie A. Brewington** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Katie A. Brewington** be granted leave of absence for the following periods: February 14, 2024; February 20, 2024; March 19, 2024.

**ORDERED**, this the 5th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA